IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 10-cr-00028-PAB-2

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  STEVEN CLAY ROMERO,
2.  **MELISSA MARIE LOCKHART**,

     Defendants.
_____

# MINUTE ORDER
_____
**Entered by Judge Philip A. Brimmer**

     It is ORDERED that, on or before **Wednesday February 10, 2010,** defendant Melissa Marie Lockhart shall file a response to defendant Steven Clay Romero's Motion for Ends of Justice Continuance of Deadline to File Pretrial Motions and Trial [Docket No. 32].

     DATED February 8, 2010.