IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 10-cr-00028-PAB-2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. STEVEN CLAY ROMERO,
2. **MELISSA MARIE LOCKHART**,

    Defendants.

_____

## MINUTE ORDER
_____

**Entered by Judge Philip A. Brimmer**

    It is ORDERED that, on or before **Friday, March 26, 2010,** the government shall file a response to defendant Melissa Marie Lockhart's Motion for Disclosure of Grand Jury Testimony [Docket No. 43].

    DATED March 19, 2010.