IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Action No. 10-cr-00028-PAB-2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.  MELISSA MARIE LOCKHART,

    Defendant.

## ORDER CONCERNING DISCLOSURE OF GRAND JURY TRANSCRIPTS

This matter is before the court on the defendant Melissa Marie Lockhart's Motion for Disclosure of Grand Jury Testimony [Docket No. 43]. The United States has filed a response to the motion indicating that it agrees to provide transcripts of the testimony of grand jury witnesses in this matter [Docket No. 45]. Upon consideration, the motion is GRANTED and it is ORDERED as follows:

    1. Pursuant to Federal Rule of Criminal Procedure 6(e)(3)(E)(i), the government may disclose to counsel for defendant Lockhart the transcripts of the testimony of witnesses who testified before the grand jury.

    2. To protect grand jury secrecy, defense counsel may not provide a copy of grand jury testimony to anyone, with the exception of the defendant and persons supervised by and working for defense counsel. The defendant and such other persons who defense counsel provides a copy of such testimony to shall not provide a copy of such grand jury testimony to anyone. Defense counsel shall make only such

copies of the transcripts as are necessary to prepare a defense of this case. Within ten days of the conclusion of the case in this court, by entry of the court's judgment, defense counsel shall collect any copies of the grand jury transcripts and return them to the government.

      3. Copies of the grand jury transcripts may be used only in connection with this criminal proceeding, and any further dissemination or use is prohibited.

      DATED March 23, 2010.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge