IN THE UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF COLORADO

                         JUDGE PHILIP A. BRIMMER

                           COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: May 6, 2010 |
| Court Reporter: Janet Coppock | Time: one hour and 52 minutes |
| Probation Officer: Sherrie Blake | Interpreter: n/a |

**CASE NO. 10-CR-00028-PAB-02**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | Michelle Heldmyer |
| Plaintiff, | |
| vs. | |
| **MELISSA MARIE LOCKHART,** | Stephen Laiche |
| Defendant. | |

                            MOTIONS HEARING

**1:33 p.m.**     **COURT IN SESSION**

APPEARANCES OF COUNSEL.  Defendant is present and on bond.

**Defendant's Motion to Quash the Indictment and to Dismiss Count Two of the Indictment as to Melissa Lockhart (Doc #55), filed 4/19/10.**

**1:34 p.m.**     Argument by Mr. Laiche.

**1:49 p.m.**     Argument by Ms. Heldmyer.

**2:20 p.m.**     Rebuttal argument by Mr. Laiche.

Court states its findings.

**ORDERED:**     Defendant's Motion to Quash the Indictment and to Dismiss Count Two of the Indictment as to Melissa Lockhart (Doc #55), filed 4/19/10 is **DENIED.**

**Defendant's Motion to Exclude Nature Principal Crime (Doc #53), filed 4/19/10.**

**2:30 p.m.**     Argument by Mr. Laiche.

**2:39 p.m.**     Argument by Ms. Heldmyer.

**2:48 p.m.**     Rebuttal argument by Mr. Laiche.

Court states its findings.

**ORDERED:**     Defendant's Motion to Exclude Nature Principal Crime (Doc #53), filed 4/19/10 is **DENIED in PART and TAKEN UNDER ADVISEMENT in PART.**

**Defendant's Motion in Limine to Introduce Juvenile Adjudication of Krysta Morris (Doc #54), filed 4/19/10.**

**2:55 p.m.**     Argument by Mr. Laiche.

Court states its findings.

**ORDERED:**     Defendant's Motion in Limine to Introduce Juvenile Adjudication of Krysta Morris (Doc #54), filed 4/19/10 is **GRANTED in PART and DENIED in PART.**

**Defendant's Motion in Limine to Exclude Evidence Defendant Charged With Theft (Doc #56), filed 4/19/10.**

**3:02 p.m.**     Argument by Mr. Laiche.

Court states its findings.

**ORDERED:**     Defendant's Motion in Limine to Exclude Evidence Defendant Charged With Theft (Doc #56), filed 4/19/10 is **DENIED.**

**ORDERED:** Defendant's Motion Disclosure of 404(b) Evidence (Doc #51), filed 4/14/10 is **DENIED.**

Defendant's Motion for Bill of Particulars (Doc #52), filed 4/15/10.

**3:05 p.m.** Argument by Mr. Laiche.

**3:09 p.m.** Argument by Ms. Heldmyer.

**3:15 p.m.** Rebuttal argument by Mr. Laiche.

Court states its findings.

**ORDERED:** Defendant's Motion for Bill of Particulars (Doc #52), filed 4/15/10 **DENIED as MOOT.**

**3:17 p.m.** **COURT IN RECESS**

**3:32 p.m.** **COURT IN SESSION**

Court addresses the two bond violation reports and admonishes the defendant.

**ORDERED:** Bond continued.

**3:40 p.m.** **COURT IN RECESS**

**Total in court time:** 112 minutes

**Hearing concluded**