IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 10-cr-00028-PAB-2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. **MELISSA MARIE LOCKHART**,

    Defendant.
_____

## MINUTE ORDER
_____

**Entered by Judge Philip A. Brimmer**

    As reflected in the Court's oral ruling on June 30, 2010, it is ORDERED that the government's request in its Second Motion to Revoke Order of Release and for Issuance of Arrest Warrant [Docket No. 99] to revoke the court's previous order of release is GRANTED.

    DATED July 20, 2010.